# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTOPHER PIERCE,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | )   No. CIV-07-10-R |
| | ) |
| **KAREN ROHLING,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Petitioner, a Kansas state prisoner appearing *pro se*, filed this action seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Doyle W. Argo for preliminary review. On January 25, 2007, Judge Argo issued a Report and Recommendation, wherein he recommended that the petition be dismissed without prejudice for want of jurisdiction. The record reflects that Petitioner has not filed an objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is ADOPTED IN ITS ENTIRETY and this action is hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 21st day of February 2007.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE